UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO MARTINEZ ET AL,<br><br>                Plaintiffs,<br>    v.<br><br>EASTSIDE FIRE AND RESCUE ET AL,<br><br>                Defendants. | CASE NO. 2:24-cv-01706-TL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter is before the Court on its own motion. On June 10, 2025, the Court granted Defendant Eastside Fire and Rescue ("EFR")'s motion to dismiss and dismissed Plaintiffs' complaint with leave to amend. *See* Dkt. No. 24. The Court directed Plaintiffs to file an amended complaint within thirty (30) days of entry of the Order. *See id.* Accordingly, any amended complaint was due by no later than July 10, 2025.

Plaintiffs have not filed any amended complaint as directed. While Plaintiffs did file an untimely motion for reconsideration prior to the 30-day deadline (*see* Dkt. No. 26), that improper motion did not toll the deadline for Plaintiffs to file their amended complaint and has been

ORDER OF DISMISSAL WITH PREJUDICE – 1

denied by the Court. Dkt. No. 28. Accordingly, the Court ORDERS this case DISMISSED WITH PREJUDICE. Judgment shall be entered separately in accordance with this Order.

Dated this 22nd day of August 2025.

Tana Lin
United States District Judge